UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

**CHAPTER 13**                                                                                                  Case No: 18-12673

IN RE: Donald Hause
       Kimberly Hause

**DEBTORS' OBJECTION TO PROOF OF CLAIM NUMBER 6 WITH NOTICE**

Now comes the Debtors, Donald and kimberly Hause, who object to Proof of Claim Number 6 filed on behalf of Jefferson Capital Systems, LLC. The Debtors state they are are not liable for the underlying charges which is the basis for the claim. The Debtor Donald Hause asserts that the debt for this Verizon wireless phone bill was a company phone for the Kane Company, Debtor, Donald Hause's employer  One month the bill amount for international calls made from Brockton Massachusetts were disputed by the Kane Company. The charges were removed from the bill by Verizon and the matter was resolved.

In the event thaat Verizon now seeks to reinstate the charges the creditor should seek the amounts from Kane Company not the Debtor, Donald Hause, indivdually.

Further the Debtors hereby provides NOTICE TO THE CLAIMAINT THAT A RESPONSE TO THE OBJECTION MUST BE FILED WITHIN 30 DAYS OF THE FILING OF THIS OBJECTION.

Debtors by Their Attorney,

Dated 9-17-18

Victor A. Denaro
945 Concord Street
Framingham, MA 01701
(508) 620-5320
BBO# 547258

## CERTIFICATE OF SERVICE

I, Victor A. Denaro, hereby certify that on this 17th day of September 2018, I forwarded notice of the foregoing document(s) **Debtors' Objection to Proof of Claim # 6** was served via the US Bankruptcy Court's CM/ECF filing system on the Chapter 13 Trustee the US Trustee and those persons requesting notice via the ECF system, and also served via first class mail postage pre-paid on the parties listed below.

_____
Victor A. Denaro

DATE: 9-17-18

Jefferson Capital Systems, LLC
PO Box 7999
St Cloud, MN 56302-9617